UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STEVEN BLACKBURN,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLI BLACKBURN,<br><br>    Defendant. | Case No. 17-cv-01130-LB<br><br>ORDER OF TRANSFER<br><br>Re: ECF No. 1 |

The plaintiff, who is representing himself, filed this action complaining of events that occurred in San Diego County regarding a custody proceeding. All events allegedly took place within the venue of the Southern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore is proper in the Southern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California. The court directs the Clerk of Court to transfer the case.

**IT IS SO ORDERED.**

Dated: March 8, 2017

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN BLACKBURN,

    Plaintiff,

  v.

KELLI BLACKBURN,

    Defendant.

Case No.  17-cv-01130-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelli Blackburn
PO Box 927046
San Diego, CA 92192

Steven Blackburn
5730 N. First Street
#105-550
Fresno, CA 93720

Dated: March 8, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Roger Moua, Deputy Clerk to the
Honorable LAUREL BEELER

2